**Opinion issued August 22, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-23-00560-CV

_____

### IN RE AXIS ENERGY MARKETING, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On August 3, 2023, relator Axis Energy Marketing, LLC filed a petition for writ of mandamus challenging an order signed on August 1, 2023 by the Honorable Robert Schaffer, who was sitting for the Honorable Beau Miller. In this order, the motion to expedite discovery filed by real party in interest Apricus Enterprises, LLC was granted and authorized the deposition of a corporate

representative of relator Axis Energy.[1]  On the same day, Axis Energy filed its petition and a motion for emergency relief.  Real party Apricus Enterprises filed a response to the motion for emergency relief.

On August 3, 2023, this Court issued an order granting the motion for emergency relief, staying the challenged August 1, 2023 order to permit the Honorable Beau Miller to reconsider the order signed by the Honorable Robert Schaffer.  On August 4, 2023, relator Axis Energy filed a motion to dismiss the original proceeding because the parties had reached an agreement regarding the expedited discovery order and resolved the issues raised in the petition for writ of mandamus.  The certificate of conference to this motion to dismiss indicates that real party Apricus Enterprises is unopposed to the motion to dismiss.

Accordingly, we grant the motion and dismiss the petition.  The stay of the trial court's August 3, 2023 order is lifted. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.

---

[1]  The underlying case is *Apricus Enterprises, LLC v. Axis Energy Marketing, LLC*, cause number 2023-47355, pending in the 190th District Court of Harris County, Texas, the Honorable Beau Miller presiding.